UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LAPA,

                    Plaintiff,

- against -

JPMORGAN CHASE BANK, N.A.,

                    Defendant.

Civil Action No.
7:21-cv-04737-NSR

**NOTICE OF MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/26/2021__

**MEMO ENDORSED**

**PLEASE TAKE NOTICE** that upon the annexed, supporting Memorandum of Law, the undersigned will move this Court, before the Honorable Nelson S. Román, United States District Judge for the Southern District of New York, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, 10601, at a date and time to be determined by the Court, for an order dismissing the Plaintiff's Complaint in this action, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, with prejudice, and for such further and other relief as the Court may deem just and proper.

Dated: New York, New York
       July 23, 2021

GREENBERG TRAURIG, LLP

By: /s/ *Toby S. Soli*
     Toby S. Soli
MetLife Building
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
solit@gtlaw.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

---

The motion at ECF No. 12 is denied without prejudice for failure to follow my individual rules. The Court construes Defendant's motion as request for leave to file a motion to dismiss the amended complaint, which it grants as follows: the Court deems the moving papers at ECF Nos. 12 and 13 to have been served on July 23, 2021; opposition papers shall be served (not filed) on August 25, 2021; reply papers shall be served on September 9, 2021. All motion papers shall be filed on the reply date, August 9, 2021.
The parties shall provide the Court with two hard courtesy copies of all motion papers as they are served.
The Clerk of Court is directed to terminate the motion at ECF No. 12.
Dated: July 26, 2021
       White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE