**MEMO ENDORSED**

**SOLOMON ROSENGARTEN**
Attorney-at-Law
1704 Avenue M
Brooklyn, New York 11230
(718) 627-4460
VOKMA@AOL.COM

Admitted to Practice:
New York
New Jersey

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2022
```

December 28, 2022

Hon. Nelson Stephen Román
United States District Court Judge
300 Quarropas Street
White Plains, NY 10601-4150
VIA ECF

      Re: David Lapa v. JPMorgan Chase Bank, N.A.;
      Case No. 7:21-cv-04737-NSR

Dear Judge Román:

I am the attorney for plaintiff in the above-entitled matter. I am writing to request an extension of time to file my opposition to defendant's motion to dismiss.

Plaintiff's opposition papers are due on December 29, 2022. I am seeking an extension of time to serve my papers until January 16, 2023, with defendant's reply to be served by January 30, 2023. Defendant's counsel has consented to the extension and schedule. No prior application to extend my time has been made.

The reason that I am requesting the extension is because I am a sole practitioner and have been extremely busy during the last several weeks with other motions and appellate briefs.

Respectfully yours,

*Solomon Rosengarten*

Solomon Rosengarten

cc: Toby Soli, Esq. (VIA ECF).

---

In light of Defendant's consent, Plaintiff's request for an extension is GRANTED. The parties are granted leave to submit their papers pursuant to the following schedule:

- Plaintiff shall serve (not file) its opposition papers on January 16, 2023; and
- Defendant shall serve its reply papers on January 30, 2023.

All motion papers are to be filed by the parties on the reply date, January 30, 2023. The parties are directed to provide Chambers with two physical courtesy copies of their motion papers on the same date they are served on opposing counsel. The parties are further directed to provide the Court with an electronic courtesy copy of the motion papers as they are served per this Court's local emergency civil rules. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 49.

Dated: December 28, 2022
      White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE