**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAVID LAPA,

                Plaintiff,

  -against-                                21 **CIVIL** 4737 (NSR)

**JUDGMENT**

JP MORGAN CHASE BANK, N.A.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 22, 2023, the Court GRANTS Defendants' motion to dismiss Plaintiff's Second Amended Complaint. Plaintiff's remaining claims for breach of contract and breach of the implied covenant of good faith are hereby DISMISSED with prejudice.; accordingly, the case is closed.

**Dated:**  New York, New York

       July 24, 2023

                                                                      **RUBY J. KRAJICK**
                                                                      **Clerk of Court**

                                       **BY:**

                                                                           **Deputy Clerk**