# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DAVID LAPA

(List the full name(s) of the plaintiff(s)/petitioner(s).)

21- CV 04737 ____ (NSR) ( )

-against-

**NOTICE OF APPEAL**

JPMORGAN CHASE BANK, N.A.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: DAVID LAPA

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☐ order entered on: July 24, 2023

(date that judgment or order was entered on docket)

that: Plaintiff's action is dismissed

(If the appeal is from an order, provide a brief description above of the decision in the order.)

August 17, 2023

Dated

Signature'

Solomon Rosengarten

Name (Last, First, MI)

| 2329 Nostrand Avenue, Suite 100 | Brooklyn | NY | 11210 |
|---|---|---|---|
| Address | City | State | Zip Code |

718-627-4460

Telephone Number

VOKMA@AOL.COM

E-mail Address (if available)

Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a prose notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13